UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| MICHAEL E. ROBINSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos.: 3:10-CR-112-TAV-CCS-1 |
| | ) | 3:13-CV-512-TAV |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that the Pro Se Motion pursuant to 28 U.S.C. § 2255 [Doc. 65] and the Amended Petition for Collateral Relief [Doc. 68] by federal prisoner Michael E. Robinson are **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** case no. 3:13-CV-512.

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT